IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY L. RETZLAFF,

    Plaintiff,

v.

CITY OF CUMBERLAND and
OFFICER JOHN SMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-692-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants City of Cumberland and Officer John Smith and against plaintiff Jeffrey L. Retzlaff.

_____      6/4/10
Peter Oppeneer, Clerk of Court          Date